JOHNS–MANVILLE SALES CORPORATION v. NEW JERSEY WATER SUPPLY AUTHORITY.

September 5, 1986.

Petition for certification denied. (See 209 *N.J.Super.* 528)

JOSEPH T. SPIDALETTO v. TOWNSHIP OF SPARTA, MANAGER OF THE TOWNSHIP OF SPARTA.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ONE (1) 1983 HONDA MOTOR VE-HICLE BEARING PENNSYLVANIA REGISTRATION EVU–519 AND U.S. CURRENCY IN THE SUM OF ONE THOUSAND THREE HUNDRED TWENTY-NINE DOLLARS ($1,329.00).

September 5, 1986.

Petition for certification denied.

HAPAG–LLOYD, A.G. v. DIRECTOR, DIVISION OF TAXATION.

September 5, 1986.

Petition for certification denied.